FRENCH AMERICAN BANKING CORPORATION, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. Dore, J., dissents and votes to reverse and deny the motion on the ground that issues of fact are raised which should not be disposed of without a plenary trial.

■

PRESIDENT SELF-SERVICE, INC., Plaintiff, v. JAMES MCCREERY REALTY CORPORATION, Defendant.— Judgment unanimously directed in favor of the plaintiff in the sum of $2,071.05, with interest from August 5, 1953, plus costs. On the submitted facts, the law of *Black* v. *General Wiper Supply Co.* (305 N. Y. 386) and *Valenti* v. *Tepper Fields Corp.* (282 App. Div. 212) is applicable. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 283 App. Div. 696.]

■

HUBBS CORPORATION, Respondent, v. MORRIS WAXMAN et al., Individually and as Copartners Doing Business under the Name of WAXMAN PAPER CO., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 283 App. Div. 655.]

■

SADIE C. HARRISON, Appellant, v. MAX HOFMANN et al., as Copartners Practicing Law under the Name of HOFMANN & KATZ, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

■

PLYMOUTH ROCK TRANSPORTATION CORPORATION, Respondent, v. JOHN J. O'ROURKE, as President of Local 282, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

GRACIELA DE LA PAZ et al., Plaintiffs, v. LEAH HAUSNER, Defendant and Third-Party Plaintiff-Respondent. HYGRADE MAGNET CORP., Third-Party Defendant-Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

GENERAL ELECTRIC COMPANY, Respondent, v. MASTERS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.